IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING** |
| vs. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| | ) | Criminal No.  2:04-cr-10-01 |
| Alfred Leon Longie, Sr., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a Petition for Warrant or Summons for Offender Under Supervision.  (Doc. #25).  The Petition was submitted by Defendant's supervising probation officer.  Defendant admits he violated numerous conditions of release as alleged in the petition, including several alcohol-related violations and failure to properly care for his children.

The Court has received a Report and Recommendation (Doc. #36) from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (2002), recommending modification of Defendant's release.  Magistrate Judge Senechal recommends Defendant be placed at the North Central Correctional and Rehabilitation Center for up to 90 days, complete a psychological evaluation, and take parenting classes as additional conditions of his release.

The Court has reviewed the Report and Recommendation, along with the entire file, and concludes that the Magistrate Judge's position is correct.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, the Court **ORDERS** the terms of Defendant's release be modified to require up to 90-days placement at NCCRC, a psychological evaluation, and parenting classes at the direction of his supervising probation officer.  Defendant shall be placed at NCCRC immediately.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2006.

                                                                /s/  Ralph R. Erickson
                                          Ralph R. Erickson, District Judge
                                          United States District Court